Astarte DAVIS–RICE, Petitioner—Appellant,

v.

Paul COPENHAVER, Warden, Respondent—Appellee.

No. 08–15968.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.\*

Filed Oct. 29, 2010.

Astarte Davis–Rice, San Bruno, CA, pro se.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

## MEMORANDUM \*\*

Federal prisoner Astarte Davis–Rice appeals pro se from the district court's judgment dismissing her 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we remand to the district court for reconsideration.

Davis–Rice contends that the Bureau of Prisons failed to give her credit for time spent in custody prior to sentencing. The district court dismissed her petition as duplicative of a previously filed action. In her petition, Davis–Rice conceded that she previously raised this claim. However, the

district court previously dismissed the claims as unexhausted, and Davis–Rice alleged in her petition that the claims are now exhausted. We remand to the district court for reconsideration because the order did not address Davis–Rice's allegation that her previously dismissed claims are now exhausted.

**REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.